**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALBERT JOSEPH ROBUS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 06-260 Erie |
| v. ) | |
| ) | |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

This petition for writ of mandamus was received by the Clerk of Court on November 7, 2006 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 7, 2007, recommends that Petitioner's Motion for Preliminary Injunction [Doc. # 6] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated, and on Respondent.  Objections were filed by Petitioner on March 16, 2007.  After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 20th day of March, 2007;

IT IS HEREBY ORDERED that the Petitioner's Motion for Preliminary Injunction [Doc. # 6] is DENIED.

The Report and Recommendation of Magistrate Judge Baxter, dated March 7, 2007, is adopted as the opinion of the Court.


/s   Sean J. McLaughlin
United States District Judge


cm:   All parties of record.
      U.S. Magistrate Judge Susan Paradise Baxter